BARHAM, J., recused.

■

247 So.2d 396

STATE of Louisiana, Through the DEPART-MENT OF HIGHWAYS

v.

D & J REALTY COMPANY, Inc., et al.

No. 51376.

May 13, 1971.

In re: D & J Realty Company, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 245 So.2d 465.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

DIXON, J., is of the opinion that writ should be granted.

BARHAM, J., recused.